**Order entered May 18, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00184-CR

**VICTOR RENARD BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76504-M**

## ORDER

The Court **REINSTATES** the appeal.

On May 1, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On May 1, 2015, we received a one-volume reporter's record entitled "Sentencing." This volume appears to be the complete record of the January 14, 2015 guilty plea and sentencing hearing. Therefore, in the interest of expediting the appeal, we **VACATE** the May 1, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
       JUSTICE